IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBORAH LAUFER,

    Plaintiff,

v.

RICHMOND HILL HOSPITALITY INC.,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-147

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice signed and filed by counsel for both Plaintiff and Defendant on September 15, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs. (Doc. 9.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice.  The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 7th day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA